# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN DOMINGUEZ,<br><br>Defendant. | Case No. 2:18-cr-00273-JAD-PAL<br><br>**ORDER**<br><br>ECF No. 19 |

IT IS ORDERED that the revocation hearing currently scheduled for Monday, November 19, 2018 at 10:00 a.m., be vacated and continued to January 3, 2019, at the hour of 11:00 a.m.

DATED this 15th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE